IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Singleton, Annie | Case Number: 04 B 26080 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed: 7/14/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 3, 2008
Confirmed: September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,882.40 | |
| Secured: | | 6,233.69 |
| Unsecured: | | 1,436.36 |
| Priority: | | 0.00 |
| Administrative: | | 2,450.40 |
| Trustee Fee: | | 579.55 |
| Other Funds: | | 182.40 |
| Totals: | 10,882.40 | 10,882.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,450.40 | 2,450.40 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 227.46 | 227.46 |
| 5. | HSBC Auto Finance | Secured | 6,006.23 | 6,006.23 |
| 6. | Premier Bankcard | Unsecured | 42.21 | 127.03 |
| 7. | HSBC Auto Finance | Unsecured | 32.48 | 97.73 |
| 8. | ECast Settlement Corp | Unsecured | 91.13 | 274.27 |
| 9. | Pay Day Advance Cash To Go | Unsecured | 43.95 | 132.27 |
| 10. | Capital One | Unsecured | 105.94 | 318.82 |
| 11. | Nationwide Acceptance Corp | Unsecured | 59.33 | 178.57 |
| 12. | Monterey Financial Services | Unsecured | 6.84 | 20.58 |
| 13. | Capital One | Unsecured | 95.39 | 287.09 |
| 14. | Cash America Financial Services | Unsecured | | No Claim Filed |
| 15. | Collection Company Of America | Unsecured | | No Claim Filed |
| 16. | AT&T Wireless | Unsecured | | No Claim Filed |
| 17. | Howard Style Shops Inc | Unsecured | | No Claim Filed |
| 18. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 19. | Sun Cash Of WI | Unsecured | | No Claim Filed |
| 20. | One Iron Ventures | Unsecured | | No Claim Filed |
| 21. | Rogers & Hollands Jewelers | Unsecured | | No Claim Filed |
| 22. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 23. | Pinnacle Fincial Group Inc | Unsecured | | No Claim Filed |
| | | | $ 9,161.36 | $ 10,120.45 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Singleton, Annie | Case Number:  04 B 26080 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed:  7/14/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 108.56 |
| 4% | 23.75 |
| 3% | 20.79 |
| 5.5% | 103.46 |
| 5% | 34.65 |
| 4.8% | 61.78 |
| 5.4% | 224.27 |
| 6.6% | 2.29 |
| | $ 579.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

